IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:25CR1206 |
| | ) | |
| | ) | 18 U.S.C. 111(a)(1) |
| v. | ) | 18 U.S.C. 111(b) |
| | ) | |
| | ) | |
| CALVIN KENNETH LATTIMER, Jr | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

On or about February 4, 2025, in the District of South Carolina, the defendant, **CALVIN KENNETH LATTIMER**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with S.D., designated in 18 U.S.C. § 1114, to wit: an employee of the United States Postal Service who was engaged in and on account of her official duties and caused physical contact and inflicted bodily injury, while she was engaged in her official duties;

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A _____true_____ BILL



FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
John C. Potterfield, ID No. 6472
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: (803) 929-3000
Fax: (803) 254-2912
mike.omara@usdoj.gov