AO 83 (Rev. 08/11) Summons in a Criminal Case (USDC Version)

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

United States of America
v.

CALVIN KENNETH LATTIMER, JR.
*Defendant*

)
)
)
)  Case No. 1:25-cr-1206
)
)
)
)

**RECEIVED**
**UNITED STATES MARSHAL**
2:58 pm, Oct 22 2025
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA**

RCV'D - USDC COLA SC
OCT 27 '25 PM 3:32

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of Court

| Place: Matthew J. Perry, Jr. Courthouse<br>901 Richland Street<br>Columbia, SC 29201 | Courtroom No.: #7 - Judge Gossett |
| --- | --- |
| | Date and Time: 11/05/25, 10:00 a.m. |

This offense is briefly described as follows:
Title 18, United States Code, Section 111(a)(1)
Title 18, United States Code, Section 111(b)

Date: 10/22/2025

s/ A.D. Hilley
*Issuing officer's signature*

ROBIN BLUME, CLERK OF COURT
*Printed name and title*

### RETURN OF SERVICE

I declare under penalty of perjury that I have:

[ ] Executed and returned this summons
    Certified Mailed _____
    Signed Receipt Date _____
    Signed by _____

[ ] Returned this summons unexecuted
    Certified Mailed _____
    No Response _____
    Defendant Appeared   [ ] Defendant Failed to Appear

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

RECEIVED OCT 28 2025

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No. _____

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* 10/24/25 .

☒ I personally served the summons on this defendant Calvin Lattimer at *(place)* 420 Hampton Ave NE, Aiken, SC 29803 on *(date)* 10/27/25 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____ .

I declare under penalty of perjury that this information is true.

Date returned: 10/27/25

Server's signature

Michael Roberes / US Postal Inspector
Printed name and title

Remarks: [signature]

Print    Save As...    Reset